Law Offices of
# JAMES E. BAHAMONDE, P.C.

2501 Jody Court
North Bellmore, NY 11710
Long Island Tel. (516) 783-9662
New York City Tel. (646) 290-8258
Fax No. (646) 435-4376
James@CivilRightsNY.com

September 20, 2017

Hon. J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

          RE:   *Zays v. St Nicholas Realty Associates, LLC, et al.*
                  S.D.N.Y.   17cv1392 (JPO)HBP)

Dear Judge Oetken:

     This Office represents the plaintiff in the above referenced action. Originally, we drafted this letter on September 10, but mistakenly did not file it on Monday, September 11. We submit this status letter and proposed Case Management Plan.

     On August 4, 2017, Plaintiff and Defendant St. Nicholas Realty Associates submitted a joint application to request an adjournment of the initial conference. Eli Raider, attorney for Defendant St. Nicholas Realty Associates and I were optimistic that we would be able to settle this case. Unfortunately, we were unsuccessful.

     Defendant Marisco Centro Restaurant, Inc. has failed to respond or answer the summons and complaint.

     Lastly, as requested by the court, annexed hereto is a proposed Case Management Plan.

                                  Respectfully,

                                  /s/ James E. Bahamonde

                                  James E. Bahamonde, Esq.

cc:  (via ECF)
Eli Raider, Esq.
Goldberg Weprin Finkel Goldstein LLP
*Attorneys for St Nicholas Realty Associates, L.L.C.*