UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
EDWIN ZAYAS, individually and on behalf of   :
all others similarly situated,                           :
:
:
Plaintiff,    :
:                    17-CV-1392 (JPO)
-v-                                :
:                    ORDER
:
ST. NICHOLAS REALTY ASSOCIATES, LLC,   :
and MARISCO CENTRO RESTAURANT, INC.   :
:
Defendants.   :
-----------------------------------------------------------:
X

J. PAUL OETKEN, District Judge:

    The Court had previously scheduled a Rule 16 conference in this case, but adjourned it due to ongoing settlement discussions. (Dkt. No. 13.) The Court has now been informed by the parties that settlement talks have not yielded a resolution of this case. (Dkt. No. 15.) Accordingly, counsel for all parties are directed to appear for an initial pretrial conference with the Court on <u>October 10, 2017, at 3:15 p.m.</u> The conference will be held in Courtroom 706 of the Thurgood Marshall United States Court House, 40 Foley Square, New York, New York.

    SO ORDERED.

Dated: September 27, 2017
       New York, New York

_____
J. PAUL OETKEN
United States District Judge