Oetken, P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWIN ZAYAS, Individually and on Behalf of All Others Similarly Situated,<br><br>                                   Plaintiff<br><br>                - against -<br><br>ST NICHOLAS REALTY ASSOCIATES, L.L.C. and MARISCO CENTRO RESTAURANT, INC.<br>                                   Defendant | 17cv1392 (JPO)HBP<br><br>**STIPULATION DISCONTINUING ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person, not a party, has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, without costs to any party as against the other.  This stipulation may be filed without further notice with the Clerk of the Court.

DATED:        March 9, 2018

LAW FIRM OF JAMES E. BAHAMONDE, P.C.

By:_____

James E. Bahamonde
2501 Jody Court
North Bellmore, NY 11710
Tel:  (646) 290-8258
james@civilrightsNY.com

Attorney for Plaintiff

GOLDBERG WEPRIN FINKEL
GOLDSTEIN LLP

By:_____

Eli Raider
1501 Broadway, 22nd Floor
New York, NY 10036
Tel. 212-221-5700
ERaider@gwfglaw.com

Attorney for Defendant St. Nicholas Realty
Associates, LLC

**SO ORDERED:**

_____
J. PAUL OETKEN
United States District Judge

March 22, 2018